So Ordered.

Dated: March 19, 2021



_____

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re                                                                  Chapter  13
Bruce Charles Henning and                            Case No. 08−27677−beh
Laurie Lynne Henning,
                     Debtors.

## Order Directing Payment of Unclaimed Funds

The amount of $5,168.62 was deposited into the Registry of the United States Bankruptcy Court on January 11, 2016, as unclaimed by Bruce Charles Henning and Laurie Lynne Henning.

On December 11, 2020, Ms. Henning filed an Affidavit and Request for Release of Unclaimed Funds in the amount of $2,584.31 with an attachment or an exhibit as proof of right to the funds, and an Affidavit of Service confirming that notice was provided to the Office of the United States Attorney.

Title 28 U.S.C. Section 2042 provides that a claimant may obtain an order directing payment "on petition to the court and upon notice to the United States Attorney and full proof of the right thereto."

IT IS THEREFORE ORDERED the Clerk of the United States Bankruptcy Court shall pay $2,584.31 to Laura L Henning, 5833 Highland Ter #2, Middleton, WI 53562.

IT IS FURTHER ORDERED this order is effective 14 days after the date of its entry.

#####